IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF TENNESSEE

_____ DIVISION

_Horatio D. Buford_ Name )
Prison Id. No. _22932_ )
)
_____ Name )
)
Prison Id. No. _____ )
)
Plaintiff(s) )
)
)
v. )
)
_Sonya Troutt_ Name )
)
_Sonny Weatherford_ Name )
)
Defendant(s) )

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

Civil Action No. _____
(To be assigned by the Clerk's office. Do not write in this space.)

Jury Trial ☐ Yes ☐ No

(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
FILED PURSUANT TO 42 U S.C. § 1983

I  PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

  A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

     ☐ Yes  ■ No

  B. If you checked the box marked "Yes" above, provide the following information:

     1. Parties to the previous lawsuit:

        Plaintiffs _____

        Defendants _____

2. In what court did you file the previous lawsuit? _____

(If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? _____

4. What was the Judge's name to whom the case was assigned? _____

5. When did you file the previous lawsuit? _____ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? _____

7. When was the previous lawsuit decided by the court? _____ (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

    ☐ Yes        ☐ No

    (If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT (The following information must be provided by each plaintiff.)

A. What is the name and address of the prison or jail in which you are currently incarcerated? Sumner County Jail, 117 W. Smith ST Gallatin TN 37066

B. Are the facts of your lawsuit related to your present confinement?

    ☐ Yes        ■ No

C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

    Sumner Co. Jail, 117 W. Smith ST Gallatin TN 37066

D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

    ☐ Yes        ■ No

If you checked the box marked "No," proceed to question II.H.

Case 3:11-cv-00115   Document 1   Filed 02/08/11   Page 2 of 7 PageID #: 2

2

E.  If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☐ Yes ☐ No

F.  If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? _____

2. What was the response of prison authorities? _____

G.  If you checked the box marked "No" in question II.E above, explain why not. _____

H.  Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☑ Yes ☐ No

I.  If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☑ Yes ☐ No

J   If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? I complained through grievances through computerized kiosk machines.

2 What was the response of the authorities who run the detention facility? The response was anger due to the grievance.

L.  If you checked the box marked "No" in question II.I above, explain why not. _____

Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.

III. PARTIES TO THIS LAWSUIT

A.  Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: Horatio Burford

Prison Id. No. of the first plaintiff: 22932

Address of the first plaintiff: Sumner Co. Jail 117 W. Smith ST Gallatin TN 37066

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

2. Name of second the plaintiff: _____

Prison Id. No. of the second plaintiff. _____

Address of the second plaintiff: _____

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

B. Defendant(s) against whom this lawsuit is being brought.

1. Name of the first defendant. Soneya Troutt

Place of employment of the first defendant: Jail Administrator At Sumner Co. Jail

The first defendant's address: 117 W. Smith ST Gallatin TN 37066

Named in official capacity? ■ Yes ☐ No
Named in individual capacity" ☐ Yes ☐ No

2. Name of the second defendant: Sonny Weatherford

Place of employment of the second defendant: 117 W. Smith ST Sumner Co. Jail - Sheriff

The second defendant's address. 117 W. Smith ST Gallatin TN 37066

Named in official capacity? ■ Yes ☐ No
Named in individual capacity" ☐ Yes ☐ No

If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.

IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

① On 1-22-2011 we were forced to be locked into our rooms if wasn't attending church service which occurred in our daily living areas. By me being muslim I don't attend church so I had to be forced to lock down or attend church.

② I've been denied my religious Act to practice my religion "Islam" the way I should. I ask if we can hold assembley for study due to the lack of help from the jail chaplain because he doesn't agree with no other religion except Christianity.

③ I've been denied my right to where my Kufi which is my head covering in the religion of "Islam" but Christians are allowed crosses. which is limiting my right to practice my religion.

V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. I'm requesting proper practice of my religion
B. That I'de be assisted to my religion
C. Stop showing prejudices against Islam
D. _____
E. _____

F. I request a jury trial.  ☒ Yes   ☐ No

VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _Thomas D. Buford_ Date: _1-27-2011_

Prison Id. No. _22932_

Address: _117 W. Smith ST. Gallatin TN 37066_
_328 N. Blakemore. Gallatin TN 37066_
(Include the city, state and zip code.)

Signature: _____ Date: _____

Prison Id. No. _____

Address: _____

(Include the city, state and zip code.)

ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN FORMA PAUPERIS, if not paying the civil filing fee.

SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED IN FORMA PAUPERIS, TOGETHER. Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned. Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.



Clerk, U.S. District Court
U.S. Courthouse, Room 800
Nashville TN
37203

ch. Burford
115 W. Smith St
Gallatin TN 37066

RECEIVED
IN CLERK'S OFFICE
FEB - 8 2011
U.S. DISTRICT COURT
MID. DIST. TENN.