IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HORATIO D. BURFORD, | ) | |
| | ) | |
| Plaintiff, | ) | No.  3:11-00115 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| SONYA TROUTT and | ) | |
| SONNY WEATHERFORD, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 44) that this action be dismissed.  Plaintiff has not filed any objections.

After de novo review, the Court **ADOPTS** the Report and Recommendation. Accordingly, this action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the ⟨2nd⟩ day of January, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge